## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA KOENIG, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMANTI CORPORATION D/B/A PRIMANTI BROS.; DAVID HEAD; ANDREW TAUB; DEMETRIOS PATRINOS; JAMES CHU; NICHOLAS NICHOLAS; and DOE DEFENDANTS 1-10,<br><br>　　　　　　Defendants. | Civil Action No. 16-1402<br>Hon. Nora Barry Fischer |

### PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND SERVICE PAYMENT TO PLAINTIFF

Plaintiff Chelsea Koenig ("Plaintiff") respectfully requests that the Court enter an Order: (i) granting final approval of the class action settlement; (ii) certifying the Settlement Class; (iii) approving a Service Payment award for Plaintiff; (iv) granting Class Counsel's requested award of attorneys' fees and expenses; and (v) such further and other relief as this Court deems just and proper. Plaintiff is submitting a proposed Final Approval Order attached hereto and incorporated herein. In further support of this Motion, Plaintiff is contemporaneously filing the following:

(1) Memorandum of Law in Support in Support of Plaintiff's Unopposed Motion for Final Approval of Class And Collective Action Settlement;

(2) Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Payment to Plaintiff; and

(3) Declaration of Gerald D. Wells, III in Support of Plaintiff's Motion for Final Approval of Class And Collective Action Settlement, and exhibits thereto.

By Order entered on January 17, 2018, the Court scheduled the hearing on this Motion for April 23, 2018, at 9:00 a.m. in Courtroom 5-B, United States District Court for the Western District of Pennsylvania, 700 Grant Street, Pittsburgh, Pennsylvania 15219.  At said hearing, Class Counsel will present oral argument in support of this Motion.

Dated:  April 16, 2018

Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III, Esq. (PA ID 88277)
(admitted *pro hac vice*)
Robert J. Gray, Esq. (PA ID 86251)
(admitted *pro hac vice*)
2200 Renaissance Boulevard, Suite 275
King of Prussia, PA 19406
T: 610-822-3700
F: 610-822-3800
gwells@cwglaw.com
rgray@cwglaw.com

Gary F. Lynch, Esq. (PA ID 56887)
Benjamin J. Sweet, Esq. (PA ID 87338)
Jamisen A. Etzel, Esq. (PA ID 311554)
CARLSON LYNCH SWEET KILPELA &
CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
F: 412-231-0246
glynch@carlsonlynch.com
bsweet@carsonlynch.com
jetzel@carsonlynch.com

Michael K. Yarnoff, Esq. (PA ID 62222)
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
T: 215-792-6676
F: 215-792-6676
myarnoff@kehoelawfirm

*Counsel for Plaintiff and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of April 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III